UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>AMARIN THAI SAN JOSE, INC.,<br><br>        Defendant. | Case No. 21-cv-04295-SI<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF**<br><br>Re: Dkt. No. 15 |

On November 16, 2021, defendant filed a motion for administrative relief from General Order 56. Plaintiff did not file an opposition.

The Court GRANTS the motion as follows: Defendant is granted relief from complying with General Order 56, and there is no stay of proceedings. Defendant is not required to participate in a joint site inspection, to serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), to produce documents beyond the lease of defendant's restaurant premises, to participate in settlement discussions, and/or to attend a settlement meeting.

The initial case management conference is scheduled for December 10, 2021 at 2:30 p.m. The parties shall file a joint case management conference statement by December 3. The Court will address discovery matters at that conference.

**IT IS SO ORDERED**.

Dated: November 29, 2021

                                          SUSAN ILLSTON
                                          United States District Judge